UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

ANGEL MARTINEZ, JR.,

           Petitioner,

    - against -

DENNIS BRESLIN,

           Respondent.

- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2008

**ORDER**

07 Civ. 8671 (DC)

**CHIN, District Judge**

    Angel Martinez, Jr., petitions this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Upon review of the petition, it is hereby

    ORDERED that the Clerk of the Court serve, by certified mail, a copy of this Order and the underlying Petition on the Attorney General of the State of New York and the District Attorney for the Bronx, and it is further

    ORDERED that respondent shall file an answer or other pleading in response to the petition no later than **July 16, 2008**, and petitioner may file any reply papers no later than **July 30, 2008**.

    SO ORDERED.

Dated:    New York, New York
           May 23, 2008

                                  DENNY CHIN
                                  United States District Judge