

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                          :
ANGEL MARTINEZ, JR.,
                                          :
               Petitioner,
                                          :      **ORDER**
       - against -
                                          :      07 Civ. 8671 (DC)
DENNIS BRESLIN,
                                          :
               Respondent.
                                          :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       Pro se plaintiff Angel Martinez, Jr., has filed an application for the appointment of counsel. Based on an initial review of the petition, and considering the factors governing appointment of counsel set forth in Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986), the Court determines that petitioner has not made the requisite "threshold showing of merit." Hendricks v. Coughlin, 114 F.3d 390, 394 (2d Cir. 1997). Accordingly, petitioner's application is denied without prejudice to renewal at a later stage of the litigation.

       SO ORDERED.

Dated:   New York, New York
           May **23** 2008

                                                 DENNY CHIN
                                               United States District Judge