# MEMO ENDORSED



### OFFICE OF THE DISTRICT ATTORNEY, Bronx County

| | | |
|---|---|---|
| **ROBERT T. JOHNSON**<br>*District Attorney* | 198 East 161st Street<br>Bronx, New York 10451 | (718) 590-2156<br>Fax 590-6523 |

July 10, 2008

The Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRO____LY FILED
> DOC #
> DATE ____ 7/15/2008

        Re:    Angel Martinez v. Dennis Breslin,
               07 Civ. 8671 (DC)

Your Honor:

       I am assigned to respond to the above-referenced petition for a writ of habeas corpus. At present, my response must be filed by July 16, 2008. However, in order to complete my response, I trying to obtain petitioner's initial leave application from the New York Court of Appeals. This document is not in our files, and I am waiting to find out whether or not the Court of Appeals has a copy on file. Therefore, I respectfully request a 15 day extension until July 31, 2008 to complete my response. This is my first request for an extension.

       Thank you very much for your time and consideration in this matter. If there are any questions, please do not hesitate to contact me at 718-590-2322.

                                     Respectfully,

                                     Christopher J Blira-Koessler
                                     Assistant District Attorney

cc:    Angel Martinez

                           **APPLICATION GRANTED.**
                           **SO ORDERED**

                           Denny Chin, U.S.D.J.  7/15/08