UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                :
ANGEL MARTINEZ, JR.,
                                :
           Petitioner,
                                :    **ORDER**
     - against -
                                :    07 Civ. 8671 (DC)
DENNIS BRESLIN,
                                :
           Respondent.
                                :
- - - - - - - - - - - - - - - - - -x



**CHIN, District Judge**

       Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 9, 2007. On July 15, 2008, I granted respondent an extension of time to respond to the petition. Responsive papers have now been received. In response to petitioner's inquiry about his reply deadline, it is HEREBY ORDERED that petitioner's time to file any reply papers is extended to August 29, 2008.

    SO ORDERED.

Dated:   New York, New York
           August 14, 2008

                                        DENNY CHIN
                                        United States District Judge